# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

## RICHMOND DIVISION

In re:  John Henry Cooper Jr                     Case Number: 04-32849
       Kimberly Ann Cooper                      Chapter :   13

### REPORT OF DEPOSIT OF UNCLAIMED FUNDS

_____

      Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

_____        **Amount of Dividend**

**John Henry Cooper Jr**                     **$ 8.57**
**Kimberly Ann Cooper**
**2526 Alfala Lane**
**Richmond, VA  23237**

Dated: <u>April 23, 2010</u>          \S\ Robert E. Hyman
                                     _____
                                     (Signature of Trustee)

                                     Robert E. Hyman
                                     Standing Chapter 13 Trustee
                                     P.O. Box 1780
                                     Richmond, VA. 23218-1780